# EXHIBIT 1

## AFFIDAVIT OF MICHEAL CROUCH

STATE OF TEXAS §
§
COUNTY OF HARRIS §

On this day, personally appeared before me, the undersigned authority, who upon his oath, deposes and states:

1. My name is Micheal Crouch. I am over the age of 21, competent to make this affidavit, and have personal knowledge that everything stated herein is true and correct to the best of my knowledge.

2. I worked at Wharton County Junior College ("WCJC") from April of 2012 to April 2016. My job titles there were Help Desk Technician and later, Administrative Assistant to the Dean of Vocational Instruction.

3. Wharton County Junior College's hiring practices are described in college regulation number 821. For all full-time position, regardless of employment classification, the job is posted for a minimum of 10 business days (two weeks). After this initial period, depending on the applicant pool, the Human Resources Department will either recommend extending the posting or to close the posting and move on with the current pool. If the position is an administrative position, such as Dr. Johnson's the committee consists of three representatives from the administrative staff (preferably from the area being filled) and two faculty members.

4. In my experience, it can take weeks or even months for a search committee to make recommendations to the supervising vice-president on a candidate to hire. For example, the position of Director of Instructional Assessment was vacant from July 2014 to June 2015. This delay can happen for a myriad of reasons. Faculty schedules are notoriously difficult to align. A non-robust applicant pool can also delay filling the position. I have seen situations where WCJC does not post a job posting and instead immediately hires a pre-determined candidate. This candidate may have come highly recommended and is entering a position where an exigent need existed, such as the case of the current Director of the EMS program. It has also happened in the case of an academic advisor who was picked by the President even though a search had been conducted that did not include the person who was eventually appointed.

5. I do not believe there is a written rule by which the hiring process can be bypassed for any reason, however, if circumstances warrant it such as the case with the EMS Director, the Dean of Vocational Instruction wrote a memo to the Vice President of Instruction requesting a waiver of the normal hiring process. If the VP approves, the memo is forwarded to the President and then to Human Resources. Normally,

contract personnel are on one year contracts. Some personnel with who have been with the college for a long time are on two-year contracts. Contracts are renewed annually and this is published in the Board of Trustees agenda in the March board meeting. In the packet will be a table containing all of the contract personnel and a recommendation to the board as to extend the contract, let the contract expire, or let them continue as written if the contract is not expiring that year.

6. Administrative personnel paid via grants such as Dr. Johnson and TRIO grant personnel are not included in this list, but it is my understanding that they are considered for extension at the same time. According to college regulation 887, written notification of intent to not renew a contract for faculty or administrative employees shall be made by April 1 of each year. Dr. Johnson was hired at WCJC effective 09-22-14. This was after my transition to the Dean of Vocational Instruction's office. He replaced one William Garcia who had also been terminated after only one year in his position. Mr. Garcia's separation was effective 08-31-14, although it is my recollection that he left the institution earlier than this date. My interactions with Dr. Johnson were limited to my taking minutes for meetings which he attended. He was a member of the Vocational Instruction Council which my boss chaired. During these meetings each member would give updates about their area and bounce ideas off other members.

_____
Micheal Crouch

SUBSCRIBED AND SWORN TO before me on this the 16th day of February 2017, certify which witness my hand and seal of office.

_____
Notary Public in and for
The State of TEXAS
Printed name: Angela S. Clark
My commission expires: 5-20-2019

ANGELA S. CLARK
NOTARY PUBLIC-STATE OF TEXAS
COMM. EXP. 05-20-2019
NOTARY ID 1007604-4