# EXHIBIT 2

## **AFFIDAVIT OF YVETTE ALEXANDER**

STATE OF TEXAS §
§
COUNTY OF FORT BEND §

On this day, personally appeared before me, the undersigned authority, who upon her oath, deposes and states:

1. My name is Yvette Alexander. I am over the age of 21, competent to make this affidavit, and have personal knowledge that everything stated herein is true and correct.

2. I worked at Wharton County Junior College ("WCJC") as an Adult Education and Literacy ("AEL") instructor from December 2014 to January 2017. While working in this role, I worked under the leadership of Dr. Cyrus Johnson, who was the Director of the AEL program.

3. Although it is 2017, there is still a 1960s mentality at WCJC in terms of issues of race. This was evident in the treatment of Dr. Johnson.

4. Tara Zekavat was rehired by Vice President Leigh Ann Collins without posting the open position. It is my understanding that Tara and Vice President Collins are good friends per Alice Atkins. I heard rumors circulating about Tara being rehired in August 2016, before Dr. Johnson was let go.

5. My decision to pursue other opportunities in January 2017 was made easy by the rehiring of Tara Zekavat. I was especially surprised and disappointed that Tara was rehired, because she left without proper notice in December 2015 and on the day of instructor evaluations in spring 2015, Tara specifically told my students to not give me a positive evaluation. All of my students informed me about this as soon as I came back into the classroom. She even reached out to students via phone to encourage negative remarks about me. Not my ideal characteristics of a great leader. Additionally, Tara's passion was the English as a Second Language ("ESL") component of AEL. She wanted to focus on ESL and not on the GED component. Tara looked down on the GED students, as was proven to me by her comments to and about those students. Dr. Johnson wanted to focus on both components, as the grant guidelines indicate.

6. As far as job performance, Dr. Johnson was awesome. Under his leadership, morale was great among AEL instructors. Dr. Johnson made both AEL instructors and students feel welcome and a part of WCJC, which no one else did. Dr. John-

son organized a graduation ceremony during the summer of 2016, it was well-attended, successful, and a great experience. The president herself attended the graduation and expressed her approval and appreciation for all the AEL staff. Dr. Johnson should not have been terminated from his position. Since his departure, the AEL enrollment has dropped significantly.

_____
Yvette Alexander

SUBSCRIBED AND SWORN TO before me on this the 17 day of February 2017, certify which witness my hand and seal of office.

_____
Notary Public in and for
The State of TEXAS
Printed name: Savanah Beltran
My commission expires: 3-12-19